IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR33 |
| | ) | |
| JOSEPH BONNELL, JR., | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Upon the oral motion of the defendant and no objection from the government,

IT IS ORDERED that the initial appearance and arraignment of the defendant is continued to **April 19, 2006** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 21st day of March, 2006.

        BY THE COURT:

        s/ F.A. Gossett
        United States Magistrate Judge