IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR33 |
| ) | |
| JOSEPH BONNELL, JR., ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

Upon the oral motion of the defendant and no objection from the government,

IT IS ORDERED that the initial appearance and arraignment of the defendant is continued to **April 25, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 17th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge