IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )         8:06CR33
                                 )
        v.                       )
                                 )
JOSEPH BONNELL, JR.,             )         ORDER
                                 )
                Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for bill of particulars (Filing No. 15), and the report and recommendation of the magistrate judge that said motion be denied. The Court notes defendant has not filed any objections to said report and recommendation.

The Court has conducted a review of the transcript (Filing No. 36) and the report and recommendation of the magistrate judge and finds that the report and recommendation should be approved and adopted by the Court for the reasons stated by the magistrate judge. Accordingly,

IT IS ORDERED that the report and recommendation of the magistrate judge is approved and adopted; defendant's motion for bill of particulars is denied.

DATED this 3rd day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court