IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR33 |
| | ) | |
| JOSEPH BONNELL, JR., | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

     UPON THE ORAL MOTION of the defendant and no objection from the government,

     IT IS ORDERED that the Rule 17.1 Conference is continued to **October 2, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 21st day of September, 2006.

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    United States Magistrate Judge