# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **8:06CR33** |
| vs. ) | |
| ) | **ORDER** |
| **JOSEPH BONNELL, JR.,** ) | |
| ) | |
| Defendant. ) | |

Defendant Joseph Bonnell Jr. appeared before the court on Thursday, March 4, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [78]. The defendant was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **April 2, 10:00 a.m .** Defendant must be present in person.

2. The defendant is released on current conditions of probation.

DATED this 4th day of March, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge